# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| HECTOR FLORES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 3:22-cv-296 |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| LOWE'S HOME CENTERS, L.L.C. a/k/a | § | |
| LOWE'S d/b/a/ LOWE'S HOME | § | |
| IMPROVEMENT #1137, | § | |
| | § | |
| *Defendant.* | § | |

# COUNSEL OF RECORD AND INFORMATION
## PURSUANT TO 28 U.S.C. § 1446(A)

**(1)** A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (pending, dismissed);

    Plaintiff    *Hector Flores*

    Defendant    *Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137 (improperly named)*

    The removed case is currently pending.

**(2)** A civil cover sheet and a copy of the state court docket sheet; a copy of all pleadings that assert causes of action; all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a);

    See attached civil cover sheet and documents attached to Defendant's Notice of Removal as ***Exhibit "B."***

**(3) A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her;**

*Counsel for Plaintiff*
*Hector Flores*

Daniela Labinoti
State Bar No. 24050900
E-Mail: daniela@labinotilaw.com
Law Firm of Daniela Labinoti, P.C.
707 Myrtle Avenue
El Paso, Texas 79901
915.581.4600 / F: 915.581.4605


*Counsel for Defendant*
*Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137* (improperly named)

Robin R. Gant
State Bar No. 24069754
E-Mail: rgant@mayerllp.com
Zach T. Mayer
State Bar No. 24013118
E-Mail: zmayer@mayerllp.com
Joseph E. Casseb
State Bar No. 24125751
E-Mail: jcasseb@mayerllp.com

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
214.379.6900 / F: 214.379.6939

**(4) A record of which parties have requested a trial by jury (this information is in addition to placing the word "jury" at the top of the Notice of Removal immediately below the case number)**; and

- Defendant, Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137 *(improperly named)* has requested a trial by jury.

**(5)** **The name and address of the court from which the case is being removed.**

El Paso District Court
34th Judicial District Court
500 E. San Antonio
Suite 905, 9th Floor
El Paso, Texas 79901
915.546.2101

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on August 25, 2022, the foregoing *Counsel of Record and Information* was electronically filed, as required by the United States District Court for the Western District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Western District of Texas:

| | |
|---|---|
| Daniela Labinoti<br>LAW FIRM OF DANIELA LABINOTI, P.C.<br>707 Myrtle Avenue<br>El Paso, Texas 79901<br><br>*Counsel for Plaintiff* | ☒E-Mail (daniela@labinotilaw.com)<br>☐Hand Delivery<br>☐Facsimile<br>☐Overnight Mail<br>☐Regular, First Class Mail<br>☒CM/ECF<br>☐Certified Mail/Return Receipt Requested |

             */s/ Robin R. Gant*
             Robin R. Gant