# Exhibit B

# CASE SUMMARY
### CASE NO. 2022DCV1588

| | | |
|---|---|---|
| **HECTOR FLORES** | § | Location: **34th District Court** |
| VS. | § | Judicial Officer: **Moody, William E.** |
| **LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a** | § | Filed on: **05/26/2022** |
| **LOWE'S HOME IMPROVEMENT #1137** | § | |

---

### CASE INFORMATION

Case Type: **Other Injury or Damage**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2022DCV1588 |
| Court | 34th District Court |
| Date Assigned | 05/26/2022 |
| Judicial Officer | Moody, William E. |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **FLORES, HECTOR** | **LABINOTI, DANIELA** |
| | | *Retained* |
| | | 915-581-4600(W) |
| | | |
| **Defendant** | **LOWE'S HOME CENTERS, L.L.C.** | **GANT, ROBIN RENEE** |
| | | *Retained* |
| | | 214-379-6900(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|

## EVENTS

| | |
|---|---|
| 05/26/2022 | Original Petition (OCA) |
| 05/26/2022 | Case Information Sheet |
| | *Civil Case Information Sheet / NC* |
| 05/26/2022 | E-File Event Original Filing |
| | *Plaintiff's Original Petition / NC* |
| 05/26/2022 | Request |
| | *Citation Request / NC* |
| 06/13/2022 | Affidavit of Service |
| | *Lowes Home Centers LLC/ No Citation Attached / kh* |
| 06/27/2022 | Answer |
| | Party: Defendant LOWE'S HOME CENTERS, L.L.C. |
| | *atty Robin R Gant for Def Lowes /AG* |
| 07/20/2022 | Certificate of Service |
| | */ PLAINTIFF / KMM* |
| 07/27/2022 | Certificate of Service |
| | */ PLAINTIFF / KMM* |

| | |
|---|---|
| 07/27/2022 | Witness List |
| | *AND PERSONS WITH RELEVANT KNOWLEDGE / PLAINTIFF / KMM* |
| 07/27/2022 | Designation of Expert Witness |
| | */ PLAINTIFF / KMM* |
| 07/27/2022 | Exhibit List |
| | */ PLAINTIFF / KMM* |
| 07/27/2022 | Amended Petition |
| | */ FIRST / PLAINTIFF / KMM* |
| 06/06/2022 | **Citation** |
| | LOWE'S HOME CENTERS, L.L.C. |
| | Served: 06/06/2022 |
| | *EMAILED TObiancam@labinotilaw.com, daniela@labinotilaw.com, suetta@labinotilaw.com / KMM* |

| DATE | FINANCIAL INFORMATION |
|---|---|

| | | |
|---|---|---|
| **Plaintiff** FLORES, HECTOR | | |
| Total Charges | | 358.00 |
| Total Payments and Credits | | 358.00 |
| **Balance Due as of 8/11/2022** | | **0.00** |

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk

BY _____
Deputy

AUG 1 1 2022

El Paso County - 34th District Court

Filed 7/27/2022 10:59 AM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV1588

IN THE 34th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| HECTOR FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2022-DCV-1588 |
| | § | |
| LOWE'S HOME CENTERS, L.L.C. a/k/a | § | |
| LOWE'S d/b/a LOWE'S HOME | § | |
| IMPROVEMENT #1137, | § | |
| | § | |
| Defendant, | § | |
| | § | |

## PLAINTIFF'S FIRST AMENDED PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW HECTOR FLORES (hereinafter referred to as "Plaintiff"), complaining

of LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME

IMPROVEMENT #1137 (hereinafter referred to as "Defendant LOWE'S #1137"), and for a

cause of action would respectfully show the Court as follows:

## I.
## DISCOVERY CONTROL PLAN

Pursuant to Rule 190, discovery in this case will be conducted in Level 3.

## II.
## PARTIES AND SERVICE

Plaintiff HECTOR FLORES is a resident of El Paso County, Texas.

Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME

IMPROVEMENT #1137 has previously been served and has responded through their attorneys

of record: Robin R. Gant, Zach T. Mayer, and Joseph E. Casseb, of Mayer, L.L.P., 750 North

Saint Paul Street, Suite #700, Dallas, Texas 75201.

### III.
### VENUE AND JURISDICTION

The subject matter in controversy is within the jurisdictional limits of this Curt. The Court has jurisdiction over this matter in that Plaintiff is a Texas resident and Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137 does business in the State of Texas. Venue in El Paso County, Texas is proper in this cause under Section §15.002(a) of the Texas Rules of Civil Procedure because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in the county.

### IV.
### FACTUAL BACKGROUND

The injuries and damages suffered by Plaintiff HECTOR FLORES and made the basis of this action arose out of an incident which occurred on or about June 10, 2020, in El Paso County, Texas, specifically, at Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137's store located at 4531 Woodrow Bean Drive, El Paso, Texas 79924. This store is owned, run, and operated by Defendant LOWE's. As such, Plaintiff invokes the doctrine of *responeat superior* and/or vicarious liability.

On June 10, 2020, Plaintiff HECTOR FLORES was an invitee at the store in question. Plaintiff had entered Aisle 13 of Defendant LOWE'S #1137's property and was attempting to locate small drains for a project he had been completing. Plaintiff had knelt down to the floor to examine large bins, which were located at floor level, and that contained various drain coverings.

As Plaintiff FLORES was getting up from the floor, a large box fell out from a bin located on a self directly above Plaintiff and hit him in the face.

As a result of the incident, Plaintiff sustained severe injuries to his body.

*Hector Flores vs. Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's First Amended Petition

Page 2

At such time, Plaintiff was an invitee to whom Defendant owed a duty to use reasonable care, including the duty to protect and safeguard Plaintiff from unreasonably dangerous conditions on the premises and/or to warn of their existence.

The store in question is under the sole control of Defendant. Employees of Defendant are responsible for providing a safe place for customers. Defendant has a duty to keep their premise safe for invitees such as the Plaintiff. Defendant failed in this duty.

Defendant is vicariously liable for all acts/or omissions of negligence committed by their store managers, and any and all employees, officers, or agents of Defendant, which were the proximate cause of all damages suffered by Plaintiff.

As a result of the occurrence, Plaintiff sustained substantial injuries and damages.

<h2 style="text-align:center">V.</h2>

## PLAINTIFF'S CLAIMS OF PREMISE LIABILITY AGAINST DEFENDANT LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137

Plaintiff would show that her injuries and damages were caused by the negligence of Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137. Plaintiff would show that said Defendant LOWE'S #1137 owed him a duty of reasonable care, and Defendant's breach of such duty was a proximate cause of Plaintiff's injuries and damages. Defendant was negligent by breaching this duty to the Plaintiff in one or more of the following alternative theories of negligence:

1. Failure to maintain the property to prevent a danger to invitees such as the Plaintiff.
2. Failure to properly inspect the property and eliminate the dangerous condition on the premise.
3. Failure to warn invitees of the potentially dangerous conditions.
4. Failure to implement safety precautions to prevent injuries to invitees.
5. Failure to assure that all employees complied with and followed all safety precautions to prevent injuries to invitees.
6. Failure to correct the dangerous conditions that existed on the premises at the time in question.

*Hector Flores vs. Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's First Amended Petition

Page 3 of 8

7. Negligent training and supervision by management and Defendant on the proper and safe procedures for handling stacking or displaying of merchandise in a safe manner on the premises.
8. Failure to put warning signs out for customers and invitees warning them of the dangerous condition.
9. Other negligence.

Each of which acts and/or omissions referenced above was other than what a reasonable and prudent person would have been doing under the same or similar circumstances and was a proximate cause of Plaintiff's injuries and damages.

It is foreseeable that failing to properly inspect and/or maintain the premises to discover and resolve the dangerous conditions, could cause harm to customers, and invites including the Plaintiff; nevertheless, Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137's employees ignored the risk and acted with reckless disregard to the safety of the public.

## VI.
## PLAINTIFF'S CLAIM OF VICARIOUS LIABILITY AGAINST DEFENDANT LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137

Alternatively, and without waiving the foregoing, Plaintiff would show that Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137 is liable for the damages and injuries which were caused by the negligence and other wrongful conduct of its employees, agents, managers, officers, and/or representatives. Defendant LOWE'S #1137 is liable for the acts and/or omissions of their employees, agents, managers, officers, and/or representatives. In addition, Defendant LOWE'S #1137 owed a duty of care to Plaintiff because of Defendant's right of control, which arose through the course of dealing. Defendant LOWE'S #1137 is liable under the *respondeat superior;* master/servant, principal/agent.

## VII.
## PLAINTIFF'S DAMAGES

As a direct result of the occurrence, Plaintiff suffered bodily injuries. As a further result of the occurrence, Plaintiff has incurred expenses for medical care, nursing services, attention, and other expenses. These expenses incurred were necessary for the care and treatment of the injuries sustained by Plaintiff and the charges made and to be made were the usual and customary charges for such services. Plaintiff will require further medical care, nursing services, and attention, and will necessarily incur reasonable expenses in the future for such medical needs.

Plaintiff has suffered extreme pain and suffering in the past and Plaintiff will continue to suffer pain and suffering in the future. Plaintiff has suffered mental anguish in the past and will continue to suffer mental anguish in the future. As a result of the occurrence, Plaintiff has suffered and will continue to suffer impairment to his body. Plaintiff has suffered disfigurement. Additionally, Plaintiff has suffered from a loss of wages and a loss of earning capacity. As a result of the occurrence, Plaintiff has suffered within the jurisdictional limits of this Court and requests monetary relief of over $1,000,000.00.

## VIII.
## RELIEF REQUESTED

Pursuant to Tex. R. Civ. P. 47(c), Plaintiff is required to plead the maximum amount of damages sought, however, some damages are unliquidated and cannot be easily calculated in monetary terms. In addition, discovery has not yet begun and the extend of Plaintiff's future damages is still being determined. At the early stage of the proceedings, Plaintiff requests that the jury be fair and reasonable in its determination of damages in an amount of relief over $1,000,000.00.

*Hector Flores vs. Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137*
*Plaintiff's First Amended Petition*

Page 5 of 7

## IX.
## JURY DEMAND

Plaintiff respectfully requests a trial by jury of the issues of this case.

## X.

Plaintiff hereby notifies Defendant that Plaintiff intends to use Defendant's discovery answers and responses, including any evidence produced in responses to such discovery, as evidence in trial in accordance with such right and privileges established by Tex. R. Civ. P. 193.7.

## XI.
## REQUEST FOR INITIAL DISCLOSURES TO DEFENDANT
## DUTY TO DISCLOSE WITHIN 30 DAYS OF THE SERVICES.

**PLEASE BE ADVISED THAT UNDER TEXAS RULE 194, YOU MUST PRODUCE AND PROVIDE THE REQUIRED DISCLOSURES WITHIN 30 DAYS OF SERVICE:**

(a) **Time for Initial Disclosures.** A party must make the initial disclosures within 30 days after the filing of the first answer or general appearance unless a different time is set by the parties' agreement or court order. A party that is first served or otherwise joined after the filing of the first answer or general appearance must make the initial disclosures within 30 days after being served or joined.

(b) **Content.** Without awaiting a discovery request, Aa party may request disclosure of any or all of the following must provide to the other parties:

(1) the correct names of the parties to the lawsuit.
(2) the name, address, and telephone number of any potential parties;
(3) the legal theories and, in general, the factual bases of the responding party's claims or defenses (the responding party need not marshal all evidence that may be offered at trial);
(4) the amount and any method of calculating economic damages;
(5) the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;
(6) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the responding party has in its possession, custody, or control, and may use to support its claims or defenses, unless the use would be solely for impeachment;
(7) any indemnity and insuring agreements described in Rule 192.3(f);
(8) any settlement agreements described in Rule 192.3(g);

*Hector Flores vs. Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's First Amended Petition

Page 6 of 8

(9) any witness statements described in Rule 192.3(h);

(10) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

(11) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party; and

(12) the name, address, and telephone number of any person who may be designated as a responsible third party.

**194.3 Testifying Expert Disclosures.**

In addition to the disclosures required by Rule 194.2, a party must disclose to the other parties testifying expert information as provided by Rule 195.

**Disclosures. Without awaiting a discovery request, a party must provide the following for any testifying expert:**

(1) the expert's name, address, and telephone number;

(2) the subject matter on which the expert will testify;

(3) the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information.

(4) if the expert is retained by, employed by, or otherwise subject to the control of the responding party.

## XII.
## CONCLUSION AND PRAYER

**WHEREFORE PREMISES CONSIDERED,** Plaintiff prays that Defendant be cited to appear and answer, and that on final trial, Plaintiff have judgment against Defendant for all relief requested, for costs, pre-judgment, and post judgment interest and for such other relief, general and special, at law or in equity, to which Plaintiff is entitled to relief of over $1,000,000.00.



*Hector Flores vs. Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137*
*Plaintiff's First Amended Petition*

Page 7 of 8

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600- Voice
(915) 581-4605- Fax
daniela@labinotilaw.com

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**
Texas State Bar No. 24050900

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2022, a true and correct copy of the foregoing document was delivered to:

Robin R. Gant
Zach T. Mayer
Joseph E. Casseb
Mayer, L.L.P.
750 North Saint Paul Street, Suite #700
Dallas, Texas 75201
1(214)379-6900- Telephone
1(214)379-6939- Facsimile
rgant@mayerllp.com
zmayer@mayerllp.com
jcasseb@mayerllp.com
*Attorney for Defendant Lowe's Home*
*Centers, L.L.C. d/k/a Lowe's d/b/a*
*Lowe's Home Improvement #1137*

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**

DL/bm

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____ Deputy



AUG 11 2022

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717295
Status as of 7/27/2022 12:19 PM MST

Associated Case Party: HECTOR FLORES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniela Labinoti | | daniela@labinotilaw.com | 7/27/2022 10:59:46 AM | SENT |
| Danny Leal | | danny@labinotilaw.com | 7/27/2022 10:59:46 AM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 7/27/2022 10:59:46 AM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 7/27/2022 10:59:46 AM | SENT |



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717295
Status as of 7/27/2022 12:19 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tramaine Francis-Luster | | TFrancis-Luster@mayerllp.com | 7/27/2022 10:59:46 AM | SENT |



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717295
Status as of 7/27/2022 12:19 PM MST

Associated Case Party: LOWE'S HOME CENTERS, L.L.C.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robin Gant | | rgant@mayerllp.com | 7/27/2022 10:59:46 AM | SENT |
| Joseph Casseb | | jcasseb@mayerllp.com | 7/27/2022 10:59:46 AM | SENT |



Filed 7/27/2022 10:55 AM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV1588

IN THE 34th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

HECTOR FLORES, §
§
    Plaintiff, §
§
vs. §            Cause No.: 2022-DCV-1588
§
LOWE'S HOME CENTERS, L.L.C. a/k/a §
LOWE'S d/b/a LOWE'S HOME §
IMPROVEMENT #1137, §
§
    Defendant, §
§

## PLAINTIFF'S EXHIBIT LIST

COME NOW HECTOR FLORES, Plaintiff in the above entitled and numbered cause

and file this his Exhibit List in numerical order as follows. Plaintiff intends to use any and all

documents produced by Defendant for use against Defendant at trial.

Exhibit 1-    Plaintiff Hector Flores' Driver's License

Exhibit 2-    Google Maps Street View of Defendant Walmart, Inc. d/b/a Walmart
              Supercenter's Location #5866 at 4531 Woodrow Bean Drive, El Paso,
              Texas 79924

Exhibit 3-    Color Photographs of the Scene of the Incident and Defendant's Premises

Exhibit 4-    Employment Verification Correspondence from Plaintiff Hector Flores'
              Employer M & M Home Service

Exhibit 5-    Written Statement from Witness Escolastica Flores dated August 21, 2020

Exhibit 6-    Plaintiff Hector Flores' Medical Summary

Exhibit 7-    The Hospitals of Providence Northeast Campus Medical and Billing
              Records with Affidavits

Exhibit 8-    Pearsall Emergency Medicine Associates, P.A. Billing Records with
              Affidavit

Exhibit 9- M & S Radiology Associates, P.A. Billing Records with Affidavit

Exhibit 10- University Medical Center of El Paso Medical and Billing Records with Affidavits

Exhibit 11- Texas Tech University Health Sciences Center Billing Records with Affidavits

Exhibit 12- Sun City Orthopaedic & Hand Surgery Specialists Medical and Billing Records with Affidavits

Exhibit 13- Border Therapy Services Medical and Billing Records with Affidavits

Exhibit 14- West Texas Pain Institute Medical and Billing Records with Affidavits

Exhibit 15- Southwest X-Ray Medical and Billing Records with Affidavits

Exhibit 16- Zoom Video Recording of Plaintiff Hector Flores

Exhibit 17- Plaintiff Hector Flores' Impairment Exhibit

Exhibit 18- Plaintiff Hector Flores' Lost Wages Exhibit

Exhibit 19- Plaintiff Hector Flores' Elements of Economic Damage Exhibit

Also see pleadings, depositions, deposition exhibits, exhibit lists, witness lists, Answers to Interrogatories, Responses to Request for Admissions, Responses to Request for Production, Responses to Request for Disclosure and all documents, records, exhibits, notes, and other tangible items filed by all parties in this case.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600- Voice
(915) 581-4605- Fax
daniela@labinotilaw.com

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**
Texas State Bar No. 24050900

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
By _____
Deputy



*Hector Flores vs. Lowe's Home Centers, L.L.C. d/k/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Exhibit List

AUG 1 1 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2022, a true and correct copy of the foregoing document was delivered to:

Robin R. Gant
Zach T. Mayer
Joseph E. Casseb
Mayer, L.L.P.
750 North Saint Paul Street, Suite #700
Dallas, Texas 75201
1(214)379-6900- Telephone
1(214)379-6939- Facsimile
rgant@mayerllp.com
zmayer@mayerllp.com
jcasseb@mayerllp.com
*Attorney for Defendant Lowe's Home*
*Centers, L.L.C. d/k/a Lowe's d/b/a*
*Lowe's Home Improvement #1137*

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**

DL/bm



*Hector Flores vs. Lowe's Home Centers, L.L.C. d/k/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Exhibit List

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717003
Status as of 7/27/2022 12:18 PM MST
Associated Case Party: LOWE'S HOME CENTERS, L.L.C.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robin Gant | | rgant@mayerllp.com | 7/27/2022 10:55:33 AM | SENT |
| Joseph Casseb | | jcasseb@mayerllp.com | 7/27/2022 10:55:33 AM | SENT |



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717003
Status as of 7/27/2022 12:18 PM MST
Associated Case Party: HECTOR FLORES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Daniela Labinoti | | daniela@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |
| Danny Leal | | danny@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717003
Status as of 7/27/2022 12:18 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tramaine Francis-Luster | | TFrancis-Luster@mayerllp.com | 7/27/2022 10:55:33 AM | SENT |



El Paso County - 34th District Court

Filed 7/27/2022 10:55 AM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV1588

IN THE 34th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| HECTOR FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2022-DCV-1588 |
| | § | |
| LOWE'S HOME CENTERS, L.L.C. a/k/a | § | |
| LOWE'S d/b/a LOWE'S HOME | § | |
| IMPROVEMENT #1137, | § | |
| | § | |
| Defendant, | § | |
| | § | |

**PLAINTIFF'S DESIGNATION OF NON-RETAINED EXPERTS**

COMES NOW HECTOR FLORES, Plaintiff in the above entitled and numbered cause

and files this his Designation of Non-Retained Experts as follows:

**PLAINTIFF'S NON-RETAINED EXPERTS**

**M&M Home Service**
9024 Mount Shasta
El Paso, Texas 79904
(915)791-2886
Plaintiff's Employer. Will testify to Plaintiff's damages and injuries and the
amount of time Plaintiff Flores lost from work.

**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Dominion Ambulance, L.L.C.**
155 North San Marcial Street
El Paso, Texas 79905
(915)351-3903
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past
and future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Adam Lukasik, M.D.**
**Dr. Joseph Sutcliffe, M.D.**
**Marallys Davila**
**Albert De Santos**
**James Dimaala**



**Eva Flores**
**Azaneth Guerrero**
**Zita Rosella**
**Maria Christina Butz (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**The Hospitals of Providence Northeast Campus**
11274 McCombs Street
El Paso, Texas 79934
(915)242-2400
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past
and future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Linda Martinez (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Pearsall Emergency Medicine Associates, P.A.**
13600 Horizon Boulevard, Suite #100
Horizon City, Texas 79928
(915)407-7878
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past
and future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**M & S Radiology Associates**
8715 Village Drive, Suite #508
San Antonio, Texas 78217
1(210)455-0167
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past
and future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Maria Ahmad, M.D.**
**Dr. Humera Chaudhary, M.D.**
**Dr. Jose Gavito-Higuera, M.D.**
**Dr. Phoebe Lee, M.D.**
**Dr. Susan McLean, M.D.**
**Dr. Brett Truilender, M.D.**
**Dr. Enrique Villalobos, M.D.**
**Dr. John Marr, D.O.**
**Dr. David Fallas, D.D.S.**
**Angela Orozco, A.G.A.C.N.P.**
**Iris Cangras, R.N.**
**Ivy D'Yai, R.N.**
**Ruby Garcia, R.N.**
**Griselda Gonzalez, R.N.**



**Elizabeth Grajeda, R.N.**
**Jennifer Kuiper, R.N.**
**Ashley Lopez, R.N.**
**Frank Mendez, R.N.**
**Eliana Olvera, R.N.**
**Jazmin Proo, R.N.**
**Patricia Sanchez, R.N.**
**Arturo Villalobos, R.N.**
**Ana Alfaro, N.A.**
**Jose Caldera, N.A.**
**Araceli Murga, C.N.A.**
**Jesus Urquidi, N.A.**
**Keith Cardona, P.T.**
**Claudia Florez**
**Vivian Granados**
**Monica Sedillo**
**Martha Williams**
**Michelle Lorilla (Custodian of Records)**
**Belinda Vasquez (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**University Medical Center of El Paso**
4815 Alameda Avenue
El Paso, Texas 79905
(915)544-1200
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past
and future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Humera Chaudhary, M.D.**
**Dr. Jose Gavito-Higuera, M.D.**
**Dr. Susan McLean, M.D.**
**Dr. David Fallah, D.D.S.**
**Angela Orozco, A.G.A.C.N.P.**
**Ana Deslongchamps (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Texas Tech University Health Sciences Center**
4801 Alberta Avenue
El Paso, Texas 79905
(915)215-5700
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past
and future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Adam Bevevino, M.D.**
**Dr. Eric Sides, M.D.**
**Javier Aguilar**



*Hector Flores vs. Lowe's Home Centers, L.L.C. d/b/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Designation of Non-Retained Experts
Page 23 of 77

**Stephanie Panduro (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Sun City Orthopaedic & Hand Surgery Specialists**
1400 George Dieter Drive, Suite #100
El Paso, Texas 79936
(915)581-0712
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past
and future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Adam Bevevino, M.D.**
**Dr. Aamr Herekar, M.D.**
**Efren Herrera, P.T.**
**James Laclede, P.T.**
**Sarah Ortiz, P.T.**
**Viviana Rios, P.T.**
**Elizabeth Fuentes, P.T.A.**
**Samantha Garza**
**Robyn Enz, (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Border Therapy Services**
11380 Gateway North Boulevard, Suite #101
El Paso, Texas 79934
(915)317-1145
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past
and future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Raul Josue Lopez, M.D.**
**Gabriela Martinez, F.N.P.**
**Albert C. Torres, F.N.P.**
**Maria Ramirez (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**West Texas Pain Institute**
7878 Gateway WEast Boulevard, Suite #402
El Paso, Texas 79915
(915)313-4443
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past
and future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Kyong Ko, M.D.**
**Dr. Thomas D. Spera, M.D.**
**Iliana Guevara, F.N.P.**
**Vanessa Chaparro (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of reco__(s) of:**

*Hector Flores vs. Lowe's Home Centers, L.L.C. d/b/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Designation of Non-Retained Experts

Page 4 of 6

**Southwest X-Ray**
9870 Gateway North Boulevard, Suite E
El Paso, Texas 79924
(915)244-7300
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**County Line Medical Services, Inc.**
545 South County Line Drive
Chaparral, New Mexico 88081
1(575)824-5007
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Advanced Neurology**
7100 Westwind Drive, Suite #300
El Paso, Texas 79912
(915)974-2200
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

And any other person or expert:

(a) who has been or will be named by any party in any answer to interrogatory.
(b) whose name appears on any document which has been or will be produced by any party in any response to request for production.
(c) whose name is reflected in any document which has been or will be obtained through the use of medical authorization.
(d) whose name is reflected in any document which has been or will be submitted to the Court by affidavit.
(e) whose name is reflected in any document which has been or will be subpoenaed by any party.
(f) whose name appears in the transcript of any deposition taken in this matter.
(g) whose name is reflected in any document which has been or will be attached to the transcript of any deposition.

Other witnesses disclosed by either party during discovery. Plaintiff reserves the right to call any, and all witnesses disclosed or listed by the Defendant.

Plaintiff reserves the right to call and question any and all experts designated by Defendant in this matter and/or called by Defendant.

*Hector Flores vs. Lowe's Home Centers, L.L.C. d/b/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Designation of Non-Retained Experts

Page 5 of 6

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600- Voice
(915) 581-4605- Fax
daniela@labinotilaw.com

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**
Texas State Bar No. 24050900

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2022, a true and correct copy of the foregoing document was delivered to:

Robin R. Gant
Zach T. Mayer
Joseph E. Casseb
Mayer, L.L.P.
750 North Saint Paul Street, Suite #700
Dallas, Texas 75201
1(214)379-6900- Telephone
1(214)379-6939- Facsimile
rgant@mayerllp.com
zmayer@mayerllp.com
jcasseb@mayerllp.com
*Attorney for Defendant Lowe's Home*
*Centers, L.L.C. d/k/a Lowe's d/b/a*
*Lowe's Home Improvement #1137*

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**

DL/bm

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____
Deputy

*Hector Flores vs. Lowe's Home Centers, L.L.C. d/b/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Designation of Non-Retained Experts
Page 6 of 6

AUG 1 1 2022

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717003
Status as of 7/27/2022 12:18 PM MST

Associated Case Party: LOWE'S HOME CENTERS, L.L.C.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robin Gant | | rgant@mayerllp.com | 7/27/2022 10:55:33 AM | SENT |
| Joseph Casseb | | jcasseb@mayerllp.com | 7/27/2022 10:55:33 AM | SENT |



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717003
Status as of 7/27/2022 12:18 PM MST
Associated Case Party: HECTOR FLORES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Daniela Labinoti | | daniela@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |
| Danny Leal | | danny@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717003
Status as of 7/27/2022 12:18 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tramaine Francis-Luster | | TFrancis-Luster@mayerllp.com | 7/27/2022 10:55:33 AM | SENT |



El Paso County - 34th District Court

Filed 7/27/2022 10:55 AM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV1588

IN THE 34th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| HECTOR FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2022-DCV-1588 |
| | § | |
| LOWE'S HOME CENTERS, L.L.C. a/k/a | § | |
| LOWE'S d/b/a LOWE'S HOME | § | |
| IMPROVEMENT #1137, | § | |
| | § | |
| Defendant, | § | |
| | § | |

## PLAINTIFF'S WITNESS LIST AND PERSONS WITH RELEVANT KNOWLEDGE

COMES NOW HECTOR FLORES, Plaintiff in the above entitled and numbered cause

and files this his Witness List and Persons with Relevant Knowledge as follows:

## PLAINTIFF'S LAY WITNESSES

**Hector Flores**
**c/o Daniela Labinoti**
**Law Firm of Daniela Labinoti, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
Plaintiff. Will testify regarding Defendant's negligence and Plaintiff's injuries,
past and future medical bills, his physical limitation and restrictions, his past and
future impairment, and his past and future pain and suffering and mental anguish.

**Lowe's Home Centers, L.L.C. d/b/a Lowe's d/b/a Lowe's Home**
**Improvement #1137**
**c/o Robin R. Gant**
**Zach T. Mayer**
**Joseph Casseb**
**Mayer, L.L.P.**
750 North Saint Paul Street, Suite #700
Dallas, Texas 75201
Defendant. Will testify regarding Defendant's negligence, Plaintiff's injuries and
Plaintiff's claims and damages.

*Hector Flores vs. Lowe's Home Centers, L.L.C. d/b/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Witness List and Persons with Relevant Knowledge

Page 1 of 12

**Employees of Defendant Lowe's Home Centers, L.L.C. d/k/a Lowe's d/b/a Lowe's Home Improvement #1137**
**c/o Robin R. Gant**
**Zach T. Mayer**
**Joseph Casseb**
**Mayer, L.L.P.**
750 North Saint Paul Street, Suite #700
Dallas, Texas 75201
Employees of Defendant. Will testify regarding Defendant's negligence, Plaintiff's injuries and Plaintiff's claims and damages.

**Claudia Flores**
428 Paloma Blanca, Space #2
Chaparral, New Mexico 88081
(915)226-2807
Spouse of Plaintiff Hector Flores. Will testify regarding her knowledge of the incident in question, Defendant's negligence, Plaintiff's injuries, damages, mental anguish, and pain and suffering.

**Claudia Yvette Flores**
428 Paloma Blanca, Space #2
Chaparral, New Mexico 88081
(915)407-6904
Daughter of Plaintiff Hector Flores. Will testify regarding her knowledge of the incident in question, Defendant's negligence, Plaintiff's injuries, damages, mental anguish, and pain and suffering.

**Hector Flores, Jr.**
428 Paloma Blanca, Space #2
Chaparral, New Mexico 88081
(915)407-6904
Son of Plaintiff Hector Flores. Will testify regarding her knowledge of the incident in question, Defendant's negligence, Plaintiff's injuries, damages, mental anguish, and pain and suffering.

**Escolastica Flores**
#9024 Mount Shasta
El Paso, Texas 79904
(915)757-9745
Mother of Plaintiff Hector Flores. Will testify regarding her knowledge of the incident in question, Defendant's negligence, Plaintiff's injuries, damages, mental anguish, and pain and suffering.

**Martin Flores**
#9024 Mount Shasta
El Paso, Texas 79904

*Hector Flores vs. Lowe's Home Centers, L.L.C. d/b/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Witness List and Persons with Relevant Knowledge

Page 2 of 7

(915)791-2886
Brother of Plaintiff Hector Flores and Plaintiff's Employer. Will testify regarding his knowledge of the incident in question, Defendant's negligence, Plaintiff's injuries, damages, mental anguish, pain and suffering, and the amount of time Plaintiff Flores lost from work.

**M&M Home Service**
9024 Mount Shasta
El Paso, Texas 79904
(915)791-2886
Plaintiff's Employer. Will testify to Plaintiff's damages and injuries and the amount of time Plaintiff Flores lost from work.

**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Dominion Ambulance, L.L.C.**
155 North San Marcial Street
El Paso, Texas 79905
(915)351-3903
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Adam Lukasik, M.D.**
**Dr. Joseph Sutcliffe, M.D.**
**Marallys Davila**
**Albert De Santos**
**James Dimaala**
**Eva Flores**
**Azaneth Guerrero**
**Zita Rosella**
**Maria Christina Butz (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**The Hospitals of Providence Northeast Campus**
11274 McCombs Street
El Paso, Texas 79934
(915)242-2400
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Linda Martinez (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Pearsall Emergency Medicine Associates, P.A.**
13600 Horizon Boulevard, Suite #100
Horizon City, Texas 79928
(915)407-7878

Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**M & S Radiology Associates**
8715 Village Drive, Suite #508
San Antonio, Texas 78217
1(210)455-0167
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Maria Ahmad, M.D.**
**Dr. Humera Chaudhary, M.D.**
**Dr. Jose Gavito-Higuera, M.D.**
**Dr. Phoebe Lee, M.D.**
**Dr. Susan McLean, M.D.**
**Dr. Brett Truilender, M.D.**
**Dr. Enrique Villalobos, M.D.**
**Dr. John Marr, D.O.**
**Dr. David Fallas, D.D.S.**
**Angela Orozco, A.G.A.C.N.P.**
**Iris Cangras, R.N.**
**Ivy D'Yai, R.N.**
**Ruby Garcia, R.N.**
**Griselda Gonzalez, R.N.**
**Elizabeth Grajeda, R.N.**
**Jennifer Kuiper, R.N.**
**Ashley Lopez, R.N.**
**Frank Mendez, R.N.**
**Eliana Olvera, R.N.**
**Jazmin Proo, R.N.**
**Patricia Sanchez, R.N.**
**Arturo Villalobos, R.N.**
**Ana Alfaro, N.A.**
**Jose Caldera, N.A.**
**Araceli Murga, C.N.A.**
**Jesus Urquidi, N.A.**
**Keith Cardona, P.T.**
**Claudia Florez**
**Vivian Granados**
**Monica Sedillo**
**Martha Williams**
**Michelle Lorilla (Custodian of Records)**
**Belinda Vasquez (Custodian of Records)**



**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**University Medical Center of El Paso**
4815 Alameda Avenue
El Paso, Texas 79905
(915)544-1200
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Humera Chaudhary, M.D.**
**Dr. Jose Gavito-Higuera, M.D.**
**Dr. Susan McLean, M.D.**
**Dr. David Fallah, D.D.S.**
**Angela Orozco, A.G.A.C.N.P.**
**Ana Deslongchamps (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Texas Tech University Health Sciences Center**
4801 Alberta Avenue
El Paso, Texas 79905
(915)215-5700
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Adam Bevevino, M.D.**
**Dr. Eric Sides, M.D.**
**Javier Aguilar**
**Stephanie Panduro (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Sun City Orthopaedic & Hand Surgery Specialists**
1400 George Dieter Drive, Suite #100
El Paso, Texas 79936
(915)581-0712
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Adam Bevevino, M.D.**
**Dr. Aamr Herekar, M.D.**
**Efren Herrera, P.T.**
**James Laclede, P.T.**
**Sarah Ortiz, P.T.**
**Viviana Rios, P.T.**
**Elizabeth Fuentes, P.T.A.**
**Samantha Garza**
**Robyn Enz, (Custodian of Records)**



**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Border Therapy Services**
11380 Gateway North Boulevard, Suite #101
El Paso, Texas 79934
(915)317-1145
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Raul Josue Lopez, M.D.**
**Gabriela Martinez, F.N.P.**
**Albert C. Torres, F.N.P.**
**Maria Ramirez (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**West Texas Pain Institute**
7878 Gateway WEast Boulevard, Suite #402
El Paso, Texas 79915
(915)313-4443
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Kyong Ko, M.D.**
**Dr. Thomas D. Spera, M.D.**
**Iliana Guevara, F.N.P.**
**Vanessa Chaparro (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Southwest X-Ray**
9870 Gateway North Boulevard, Suite E
El Paso, Texas 79924
(915)244-7300
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**County Line Medical Services, Inc.**
545 South County Line Drive
Chaparral, New Mexico 88081
1(575)824-5007
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

*Hector Flores vs. Lowe's Home Centers, L.L.C. d/b/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Witness List and Persons with Relevant Knowledge
Page 6 of 12

**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Advanced Neurology**
7100 Westwind Drive, Suite #300
El Paso, Texas 79912
(915)974-2200
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

## PLAINTIFF'S NON-RETAINED EXPERTS

**M&M Home Service**
9024 Mount Shasta
El Paso, Texas 79904
(915)791-2886
Plaintiff's Employer. Will testify to Plaintiff's damages and injuries and the amount of time Plaintiff Flores lost from work.

**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Dominion Ambulance, L.L.C.**
155 North San Marcial Street
El Paso, Texas 79905
(915)351-3903
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Adam Lukasik, M.D.**
**Dr. Joseph Sutcliffe, M.D.**
**Marallys Davila**
**Albert De Santos**
**James Dimaala**
**Eva Flores**
**Azaneth Guerrero**
**Zita Rosella**
**Maria Christina Butz (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**The Hospitals of Providence Northeast Campus**
11274 McCombs Street
El Paso, Texas 79934
(915)242-2400
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

*Hector Flores vs. Lowe's Home Centers, L.L.C. d/b/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Witness List and Persons with Relevant Knowledge
Page 36 of 77

**Linda Martinez (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Pearsall Emergency Medicine Associates, P.A.**
13600 Horizon Boulevard, Suite #100
Horizon City, Texas 79928
(915)407-7878
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**M & S Radiology Associates**
8715 Village Drive, Suite #508
San Antonio, Texas 78217
1(210)455-0167
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Maria Ahmad, M.D.**
**Dr. Humera Chaudhary, M.D.**
**Dr. Jose Gavito-Higuera, M.D.**
**Dr. Phoebe Lee, M.D.**
**Dr. Susan McLean, M.D.**
**Dr. Brett Truilender, M.D.**
**Dr. Enrique Villalobos, M.D.**
**Dr. John Marr, D.O.**
**Dr. David Fallas, D.D.S.**
**Angela Orozco, A.G.A.C.N.P.**
**Iris Cangras, R.N.**
**Ivy D'Yai, R.N.**
**Ruby Garcia, R.N.**
**Griselda Gonzalez, R.N.**
**Elizabeth Grajeda, R.N.**
**Jennifer Kuiper, R.N.**
**Ashley Lopez, R.N.**
**Frank Mendez, R.N.**
**Eliana Olvera, R.N.**
**Jazmin Proo, R.N.**
**Patricia Sanchez, R.N.**
**Arturo Villalobos, R.N.**
**Ana Alfaro, N.A.**
**Jose Caldera, N.A.**
**Araceli Murga, C.N.A.**
**Jesus Urquidi, N.A.**
**Keith Cardona, P.T.**



*Hector Flores vs. Lowe's Home Centers, L.L.C. d/b/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Witness List and Persons with Relevant Knowledge
Page 8 of

**Claudia Florez**
**Vivian Granados**
**Monica Sedillo**
**Martha Williams**
**Michelle Lorilla (Custodian of Records)**
**Belinda Vasquez (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**University Medical Center of El Paso**
4815 Alameda Avenue
El Paso, Texas 79905
(915)544-1200
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Humera Chaudhary, M.D.**
**Dr. Jose Gavito-Higuera, M.D.**
**Dr. Susan McLean, M.D.**
**Dr. David Fallah, D.D.S.**
**Angela Orozco, A.G.A.C.N.P.**
**Ana Deslongchamps (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Texas Tech University Health Sciences Center**
4801 Alberta Avenue
El Paso, Texas 79905
(915)215-5700
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Adam Bevevino, M.D.**
**Dr. Eric Sides, M.D.**
**Javier Aguilar**
**Stephanie Panduro (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Sun City Orthopaedic & Hand Surgery Specialists**
1400 George Dieter Drive, Suite #100
El Paso, Texas 79936
(915)581-0712
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Adam Bevevino, M.D.**
**Dr. Aamr Herekar, M.D.**
**Efren Herrera, P.T.**

**James Laclede, P.T.**
**Sarah Ortiz, P.T.**
**Viviana Rios, P.T.**
**Elizabeth Fuentes, P.T.A.**
**Samantha Garza**
**Robyn Enz, (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Border Therapy Services**
11380 Gateway North Boulevard, Suite #101
El Paso, Texas 79934
(915)317-1145
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past
and future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Raul Josue Lopez, M.D.**
**Gabriela Martinez, F.N.P.**
**Albert C. Torres, F.N.P.**
**Maria Ramirez (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**West Texas Pain Institute**
7878 Gateway WEast Boulevard, Suite #402
El Paso, Texas 79915
(915)313-4443
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past
and future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Kyong Ko, M.D.**
**Dr. Thomas D. Spera, M.D.**
**Iliana Guevara, F.N.P.**
**Vanessa Chaparro (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Southwest X-Ray**
9870 Gateway North Boulevard, Suite E
El Paso, Texas 79924
(915)244-7300
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past
and future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**County Line Medical Services, Inc.**
545 South County Line Drive
Chaparral, New Mexico 88081
1(575)824-5007



*Hector Flores vs. Lowe's Home Centers, L.L.C. d/b/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Witness List and Persons with Relevant Knowledge

Page 10 of 12

Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Physicians, nurses, employees, personnel, and custodian of record(s) of: Advanced Neurology**
7100 Westwind Drive, Suite #300
El Paso, Texas 79912
(915)974-2200
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

And any other person or expert:

(a) who has been or will be named by any party in any answer to interrogatory.
(b) whose name appears on any document which has been or will be produced by any party in any response to request for production.
(c) whose name is reflected in any document which has been or will be obtained through the use of medical authorization.
(d) whose name is reflected in any document which has been or will be submitted to the Court by affidavit.
(e) whose name is reflected in any document which has been or will be subpoenaed by any party.
(f) whose name appears in the transcript of any deposition taken in this matter.
(g) whose name is reflected in any document which has been or will be attached to the transcript of any deposition.

Other witnesses disclosed by either party during discovery. Plaintiff reserves the right to call any, and all witnesses disclosed or listed by the Defendant.

Plaintiff reserves the right to call and question any and all experts designated by Defendant in this matter and/or called by Defendant.



*Hector Flores vs. Lowe's Home Centers, L.L.C. d/b/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Witness List and Persons with Relevant Knowledge
Page 11 of 11

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600- Voice
(915) 581-4605- Fax
daniela@labinotilaw.com

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**
Texas State Bar No. 24050900

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2022, a true and correct copy of the foregoing document was delivered to:

Robin R. Gant
Zach T. Mayer
Joseph E. Casseb
Mayer, L.L.P.
750 North Saint Paul Street, Suite #700
Dallas, Texas 75201
1(214)379-6900- Telephone
1(214)379-6939- Facsimile
rgant@mayerllp.com
zmayer@mayerllp.com
jcasseb@mayerllp.com
*Attorney for Defendant Lowe's Home*
*Centers, L.L.C. d/k/a Lowe's d/b/a*
*Lowe's Home Improvement #1137*

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**

DL/bm

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____ Deputy
AUG 1 1 2022

*Hector Flores vs. Lowe's Home Centers, L.L.C. d/b/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Witness List and Persons with Relevant Knowledge

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717003
Status as of 7/27/2022 12:18 PM MST

Associated Case Party: LOWE'S HOME CENTERS, L.L.C.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robin Gant | | rgant@mayerllp.com | 7/27/2022 10:55:33 AM | SENT |
| Joseph Casseb | | jcasseb@mayerllp.com | 7/27/2022 10:55:33 AM | SENT |



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717003
Status as of 7/27/2022 12:18 PM MST

Associated Case Party: HECTOR FLORES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniela Labinoti | | daniela@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |
| Danny Leal | | danny@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717003
Status as of 7/27/2022 12:18 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tramaine Francis-Luster | | TFrancis-Luster@mayerllp.com | 7/27/2022 10:55:33 AM | SENT |



Filed 7/27/2022 10:55 AM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV1588

IN THE 34th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| HECTOR FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2022-DCV-1588 |
| | § | |
| LOWE'S HOME CENTERS, L.L.C. a/k/a | § | |
| LOWE'S d/b/a LOWE'S HOME | § | |
| IMPROVEMENT #1137, | § | |
| | § | |
| Defendant, | § | |
| | § | |

## PLAINTIFF'S CERTIFICATE OF SERVICE

COMES NOW HECTOR FLORES, Plaintiff in the above entitled and numbered cause

and files this his Certificate of Service and states that the following documents were served

through the Texas E-Filing System and emailed to counsel for Defendant Lowe's Home Centers,

L.L.C. d/k/a Lowe's d/b/a Lowe's Home Improvement #1137:

1. Plaintiff's Initial Disclosures
2. Plaintiff's Witness List and Persons with Relevant Knowledge
3. Plaintiff's Designation of Non-Retained Experts
4. Plaintiff's Exhibit List

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600- Voice
(915) 581-4605- Fax
daniela@labinotilaw.com

**/s/ Daniela Labinoti**
**DANIELA LABINOTI**
Texas State Bar No. 24050900



## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2022, a true and correct copy of the foregoing document was delivered to:

Robin R. Gant
Zach T. Mayer
Joseph E. Casseb
Mayer, L.L.P.
750 North Saint Paul Street, Suite #700
Dallas, Texas 75201
1(214)379-6900- Telephone
1(214)379-6939- Facsimile
rgant@mayerllp.com
zmayer@mayerllp.com
jcasseb@mayerllp.com
*Attorney for Defendant Lowe's Home
Centers, L.L.C. d/k/a Lowe's d/b/a
Lowe's Home Improvement #1137*

/s/ Daniela Labinoti
**DANIELA LABINOTI**

DL/bm

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
By _____ Deputy

AUG 11 2022



*Hector Flores vs. Lowe's Home Centers, L.L.C. d/k/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Certificate of Service

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717003
Status as of 7/27/2022 12:18 PM MST

Associated Case Party: HECTOR FLORES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniela Labinoti | | daniela@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |
| Danny Leal | | danny@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 7/27/2022 10:55:33 AM | SENT |



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717003
Status as of 7/27/2022 12:18 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tramaine Francis-Luster | | TFrancis-Luster@mayerllp.com | 7/27/2022 10:55:33 AM | SENT |



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66717003
Status as of 7/27/2022 12:18 PM MST

Associated Case Party: LOWE'S HOME CENTERS, L.L.C.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robin Gant | | rgant@mayerllp.com | 7/27/2022 10:55:33 AM | SENT |
| Joseph Casseb | | jcasseb@mayerllp.com | 7/27/2022 10:55:33 AM | SENT |



Filed 7/20/2022 12:09 PM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV1588

**IN THE 34ᵗʰ JUDICIAL DISTRICT COURT**
**IN EL PASO COUNTY, TEXAS**

| | | |
|---|---|---|
| HECTOR FLORES, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | Cause No.: 2022-DCV-1588 |
| | § | |
| LOWE'S HOME CENTERS, L.L.C. | § | |
| a/k/a LOWE'S d/b/a LOWE'S HOME | § | |
| IMPROVEMENT #1137, | § | |
| | § | |
| **Defendant,** | § | |
| | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date the following documents were served via email to counsel

for Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME

IMPROVEMENT #1137:

1. Plaintiff's Interrogatories to, Defendant
2. Plaintiff's Request for Production to Defendant
3. Plaintiff's Certificate of Service

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com

_/s/ Daniela Labinoti_
**DANIELA LABINOTI**
State Bar No. 24050900



## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July 2022, a true and correct copy of the foregoing document was delivered to:

Robin R. Gant
Zach T. Mayer
Joseph E. Casseb
Mayer, L.L.P.
750 North Saint Paul Street, Suite #700
Dallas, Texas 75201
1(214)379-6900- Telephone
1(214)379-6939- Facsimile
rgant@mayerllp.com
zmayer@mayerllp.com
jcasseb@mayerllp.com
*Attorney for Defendant Lowe's Home*
*Centers, L.L.C. d/k/a Lowe's d/b/a*
*Lowe's Home Improvement #1137*

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY
Deputy
AUG 1 1 2022



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66501797
Status as of 7/20/2022 12:22 PM MST
Associated Case Party: HECTOR FLORES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniela Labinoti | | daniela@labinotilaw.com | 7/20/2022 12:09:00 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 7/20/2022 12:09:00 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 7/20/2022 12:09:00 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 7/20/2022 12:09:00 PM | SENT |



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66501797
Status as of 7/20/2022 12:22 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tramaine Francis-Luster | | TFrancis-Luster@mayerllp.com | 7/20/2022 12:09:00 PM | SENT |



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 66501797
Status as of 7/20/2022 12:22 PM MST

Associated Case Party: LOWE'S HOME CENTERS, L.L.C.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robin Gant | | rgant@mayerllp.com | 7/20/2022 12:09:00 PM | SENT |
| Joseph Casseb | | jcasseb@mayerllp.com | 7/20/2022 12:09:00 PM | SENT |



El Paso County - 34th District Court

Filed 6/27/2022 11:23 AM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV1588

CAUSE NO. 2022DCV1588

| | | |
|---|---|---|
| HECTOR FLORES, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | EL PASO COUNTY, TEXAS |
| LOWE'S HOME CENTERS, L.L.C. a/k/a | § | |
| LOWE'S d/b/a/ LOWE'S HOME | § | |
| IMPROVEMENT #1137, | § | |
| | § | |
| *Defendant.* | § | 34th JUDICIAL DISTRICT COURT |

---

### DEFENDANT LOWE'S HOME CENTERS, L.L.C. A/K/A LOWE'S D/B/A LOWE'S HOME IMPROVEMENT #1137'S
#### *(incorrectly named)*
### ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

---

Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137 *(incorrectly named)* hereby files its Original Answer to Plaintiff's Original Petition as follows:

### I.
### GENERAL DENIAL

1.    Defendant denies each and every, all and singular, the material allegations contained within Plaintiff's pleading and demands strict proof thereof.

### II.
### JURY DEMAND

2.    In accordance with Rule 216 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant demands a trial by jury and hereby tenders the applicable jury fee with its Answer.



---

III.
**PRAYER FOR RELIEF**

3.      Defendant prays that Plaintiff take nothing by this lawsuit, that Defendant go hence with its costs without delay, and for such other relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**MAYER LLP**
750 North St Paul Street, Suite 700
Dallas, Texas 75201
214.349.6900 / F: 214.379.6939

By:  */s/ Robin R. Gant*
Robin R. Gant
State Bar No. 24069754
E-Mail: rgant@mayerllp.com
Zach T. Mayer
State Bar No. 24013118
E-Mail: zmayer@mayerllp.com
Joseph E. Casseb
State Bar No. 24125751
E-Mail: jcasseb@mayerllp.com

*Attorneys for Defendant*
*Lowe's Home Centers, LLC*
*a/k/a Lowe's d/b/a*
*Lowe's Home Improvement #1137*
*(incorrectly named)*

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____
Deputy

AUG 1 1 2022



Flores/Defendant Lowe's Home Centers, LLC's a/k/a
Lowe's d/b/a Lowe's Home Improvement #1137 *(incorrectly named)*
Original Answer to Plaintiff's Original Petition
Doc# 8191856 /10091.00282

## CERTIFICATE OF SERVICE

This is to certify that on June 27, 2022, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

Daniela Labinoti
Law Firm of Daniela Labinoti, P.C.
707 Myrtle Avenue
El Paso, Texas 79901

*Attorneys for Plaintiff*

☐ E-Mail (daniela@labinotilaw.com)
☐ Hand Delivery
☐ Facsimile
☐ Overnight Mail
☐ Regular, First Class Mail
☒ E-File and Serve
☐ E-Service Only
☐ Certified Mail/Return Receipt Requested

/s/ *Robin R. Gant*
Robin R. Gant



# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Henson on behalf of Robin Gant
Bar No. 24069754
lhenson@mayerllp.com
Envelope ID: 65797900
Status as of 6/27/2022 12:12 PM MST

Associated Case Party: HECTOR FLORES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniela Labinoti | | daniela@labinotilaw.com | 6/27/2022 11:23:02 AM | SENT |
| Danny Leal | | danny@labinotilaw.com | 6/27/2022 11:23:02 AM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 6/27/2022 11:23:02 AM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 6/27/2022 11:23:02 AM | SENT |

Associated Case Party: LOWE'S HOME CENTERS, L.L.C.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robin Gant | | rgant@mayerllp.com | 6/27/2022 11:23:02 AM | SENT |
| Joseph Casseb | | jcasseb@mayerllp.com | 6/27/2022 11:23:02 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tramaine Francis-Luster | | TFrancis-Luster@mayerllp.com | 6/27/2022 11:23:02 AM | SENT |



Filed 6/13/2022 10:10 AM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV1588

## CAUSE NO. 2022DCV1588

| | | |
|---|---|---|
| **HECTOR FLORES** | § | |
| *Plaintiff(s),* | § | IN THE 34TH DISTRICT COURT |
| | § | |
| v. | § | OF |
| | § | |
| **LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S** | § | EL PASO COUNTY, TEXAS |
| **d/b/a LOWE'S HOME IMPROVEMENT #1137** | § | |
| *Defendant(s).* | § | |
| | § | |

## AFFIDAVIT OF SERVICE

I, Luis J. Perez, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on June 6, 2022 at 2:12 pm. I delivered these documents on LOWE'S HOME CENTERS, L.L.C in Travis County, TX on June 6, 2022 at 2:59 pm at 211 E 7th St, Suite 620, Austin, TX 78701 by leaving the following documents with Kenisha Gross who as Intake Specialist at Corporation Service Company is authorized by appointment or by law to receive service of process for LOWE'S HOME CENTERS, L.L.C.

Citation
Plaintiff's Original Petition

Additional Description:
I delivered the documents to Kenisha Gross, intake specialist for Registered Agent Corporation Service Company.

Black or African American Female, est. age 32, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=30.268504248,-97.7407952342
Photograph: See Exhibit 1

My full name is Luis J. Perez. My date of birth is 6/18/1962. My address is P.O. Box 6887, Round Rock, TX 78683.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in <u>Travis County</u> ,
<u>TX</u> on <u>6/10/2022</u> .

*/s/ Luis J. Perez*

Luis J. Perez - (512) 626-3350
Certification Number: PSC-9774
Expiration Date: 6/30/2024

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____
Deputy

# Exhibit 1



Exhibit 1a)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 65371521
Status as of 6/13/2022 11:30 AM MST

Associated Case Party: HECTOR FLORES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Daniela Labinoti | | daniela@labinotilaw.com | 6/13/2022 10:10:19 AM | SENT |
| Danny Leal | | danny@labinotilaw.com | 6/13/2022 10:10:19 AM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 6/13/2022 10:10:19 AM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 6/13/2022 10:10:19 AM | SENT |



Filed on June 6, 2022
1111AM
Norma Favela Barceleau
District Clerk
El Paso County, Texas

Martinez, Kathryn

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO: **LOWE'S HOME CENTERS, L.L.C.,** who may be served with process by serving its registered agent, **CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCO.,** or any other authorized officer or agent therein at **211 E. 7th Street, Suite #620, Austin, Texas 78701** and/or wherever they may be found.

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 26th day of May, 2022 by Attorney at Law, DANIELA LABINOTI, 707 MYRTLE AVENUE, EL PASO, TX 79901, in this case numbered **2022DCV1588** on the docket of said court, and styled:

**HECTOR FLORES**
**VS.**
**LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 6th day of June, 2022.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: NORMA FAVELA BARCELEAU District Clerk
El Paso County, Texas

By: KMartinez , Deputy
Kathryn Martinez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY: _____ Dee
Deputy

AUG 1 1 2022

# RETURN

Came on hand on _____ day of _____, 20____, at _____ o'clock
____M., and executed in _____ County, Texas, by delivering to
each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon
the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original
Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance |
|------|------|-----|------|------|------|------|------|
|  | MONTH | DAY | YEAR | Hour | Min. | ____.M. | From Court House |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being_____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy _____ $ _____   _____ Sheriff

_____   _____ County, Texas

Total _____ $ _____   by _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____,

_____ on the _____ day of _____,

20_____, at _____ o'clock ____m. this copy of this instrument.

_____, Sheriff/Agent

_____ County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.**

**(SEAL)**

_____
**NOTARY PUBLIC, STATE OF TEXAS**

Filed 5/26/2022 2:13 PM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV1588



# Law Firm of Daniela Labinoti P.C.

### *- Texas & New Mexico –*

May 26, 2022

***Via Texas E-Filing***
El Paso County District Clerk's Office

      Re:    Issuance of Citations
             Cause No.: 2022-DCV-_____
             Filing Date: May 26, 2022
             Type of Service:
                 1.  **Citation for Outside Service** for Defendant Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137

Dear Sir or Madam:

     Please be advised I am requesting that citations be issued for the case styled *Hector Flores vs. Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137.* for **service of process on Defendant**. Our office is requesting the following citation be issued in connection with Plaintiff's Original Petition, which was filed on May 26, 2022.

-    **Citation for Personal Service on Defendant Derrick Tyron Washington.**
     Defendant Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137 is a foreign for-profit corporation doing business in El Paso County, Texas, and may be served with process by serving its registered agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCO., or any other authorized officer or agent therein at 211 E. 7th Street, Suite #620, Austin, Texas 78701 and/or wherever they may be found.

     Please note that the requested citation for the above referenced matter should be emailed to the following email addresses:

      biancam@labinotilaw.com     daniela@labinotilaw.com     suetta@labinotilaw...

**707 Myrtle Avenue, El Paso, Texas 79901**
www.labinotilaw.com ♦ **Email: *Daniela@labinotilaw.com***
**Phone (915) 581-4600 ♦ Fax (915)581-4605**

As of January 1, 2021, the Texas Rules of Civil Procedure have changed and now require additional, specific language in the citation. Please be sure the citations include the following language:

The citation shall direct the defendant to file a written answer to the plaintiff's petition on or before 10:00 a.m. on the Monday next after the expiration of twenty days after the date of service thereof.

The citation shall include the following notice to the defendant: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

If you have any questions, please do not hesitate to contact my legal assistant Bianca C. Martinez at (915)581-4600 or by email at biancam@labinotilaw.com.

Respectfully submitted,

*/s/ Daniela Labinoti*
Daniela Labinoti
Attorney at Law



A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY
Deputy

2



AUG 1 1 2022

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 64898107
Status as of 5/27/2022 8:26 AM MST

Associated Case Party: HECTOR FLORES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bianca Martinez | | biancam@labinotilaw.com | 5/26/2022 2:13:21 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 5/26/2022 2:13:21 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 5/26/2022 2:13:21 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 5/26/2022 2:13:21 PM | SENT |



El Paso County - 34th District Court

Filed 5/26/2022 2:13 PM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV1588

HECTOR FLORES,                                §
                                             §
        Plaintiff,                           §
                                             §
vs.                                          §        Cause No.: 2022-DCV-_____
                                             §
LOWE'S HOME CENTERS, L.L.C. a/k/a            §
LOWE'S d/b/a LOWE'S HOME                     §
IMPROVEMENT #1137,                           §
                                             §
        Defendant,                           §
                                             §

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW HECTOR FLORES (hereinafter referred to as "Plaintiff"), complaining

of LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME

IMPROVEMENT #1137 (hereinafter referred to as "Defendant LOWE'S #1137"), and for a

cause of action would respectfully show the Court as follows:

### I.
### DISCOVERY CONTROL PLAN

Pursuant to Rule 190, discovery in this case will be conducted in Level 3.

### II.
### PARTIES AND SERVICE

Plaintiff HECTOR FLORES is a resident of El Paso County, Texas.

Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME

IMPROVEMENT #1137 is a foreign for-profit corporation doing business in El Paso County,

Texas, and may be served with process by serving its registered agent, CORPORATION

SERVICE COMPANY d/b/a CSC-LAWYERS INCO., or any other authorized officer or agent therein at 211 E. 7th Street, Suite #620, Austin, Texas 78701 and/or wherever they may be found.

## III.
## VENUE AND JURISDICTION

The subject matter in controversy is within the jurisdictional limits of this Curt. The Court has jurisdiction over this matter in that Plaintiff is a Texas resident and Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137 does business in the State of Texas. Venue in El Paso County, Texas is proper in this cause under Section §15.002(a) of the Texas Rules of Civil Procedure because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in the county.

## IV.
## FACTUAL BACKGROUND

The injuries and damages suffered by Plaintiff HECTOR FLORES and made the basis of this action arose out of an incident which occurred on or about June 10, 2020, in El Paso County, Texas, specifically, at Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137's store located at 4531 Woodrow Bean Drive, El Paso, Texas 79924. This store is owned, run, and operated by Defendant LOWE's. As such, Plaintiff invokes the doctrine of *responeat superior* and/or vicarious liability.

On June 10, 2020, Plaintiff HECTOR FLORES was an invitee at the store in question. Plaintiff had entered Aisle 13 of Defendant LOWE'S #1137's property and was attempting to locate small drains for a project he had been completing. Plaintiff had knelt down to the floor to examine large bins, which were located at floor level, and that contained various drain coverings

*Hector Flores vs. Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Original Petition

Page 3 of 8

As Plaintiff FLORES was getting up from the floor, a large box fell out from a bin located on a self directly above Plaintiff and hit him in the face.

As a result of the incident, Plaintiff sustained severe injuries to his body.

At such time, Plaintiff was an invitee to whom Defendant owed a duty to use reasonable care, including the duty to protect and safeguard Plaintiff from unreasonably dangerous conditions on the premises and/or to warn of their existence.

The store in question is under the sole control of Defendant. Employees of Defendant are responsible for providing a safe place for customers. Defendant has a duty to keep their premise safe for invitees such as the Plaintiff. Defendant failed in this duty.

Defendant is vicariously liable for all acts/or omissions of negligence committed by their store managers, and any and all employees, officers, or agents of Defendant, which were the proximate cause of all damages suffered by Plaintiff.

As a result of the occurrence, Plaintiff sustained substantial injuries and damages.

## V.
## PLAINTIFF'S CLAIMS OF PREMISE LIABILITY AGAINST DEFENDANT LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137

Plaintiff would show that her injuries and damages were caused by the negligence of Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137. Plaintiff would show that said Defendant LOWE'S #1137 owed him a duty of reasonable care, and Defendant's breach of such duty was a proximate cause of Plaintiff's injuries and damages. Defendant was negligent by breaching this duty to the Plaintiff in one or more of the following alternative theories of negligence:

1. Failure to maintain the property to prevent a danger to invitees such as the Plaintiff.
2. Failure to properly inspect the property and eliminate the dangerous condition on the premise.

3. Failure to warn invitees of the potentially dangerous conditions.
4. Failure to implement safety precautions to prevent injuries to invitees.
5. Failure to assure that all employees complied with and followed all safety precautions to prevent injuries to invitees.
6. Failure to correct the dangerous conditions that existed on the premises for the time in question.
7. Negligent training and supervision by management and Defendant on the proper and safe procedures for handling stacking or displaying of merchandise in a safe manner on the premises.
8. Failure to put warning signs out for customers and invitees warning them of the dangerous condition.
9. Other negligence.

Each of which acts and/or omissions referenced above was other than what a reasonable and prudent person would have been doing under the same or similar circumstances and was a proximate cause of Plaintiff's injuries and damages.

It is foreseeable that failing to properly inspect and/or maintain the premises to discover and resolve the dangerous conditions, could cause harm to customers, and invites including the Plaintiff; nevertheless, Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137's employees ignored the risk and acted with reckless disregard to the safety of the public.

## VI.
## PLAINTIFF'S CLAIM OF VICARIOUS LIABILITY AGAINST DEFENDANT LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137

Alternatively, and without waiving the foregoing, Plaintiff would show that Defendant LOWE'S HOME CENTERS, L.L.C. a/k/a LOWE'S d/b/a LOWE'S HOME IMPROVEMENT #1137 is liable for the damages and injuries which were caused by the negligence and other wrongful conduct of its employees, agents, managers, officers, and/or representatives. Defendant LOWE'S #1137 is liable for the acts and/or omissions of their employees, agents, managers, officers, and/or representatives. In addition, Defendant LOWE'S #1137 owed a duty of care

Plaintiff because of Defendant's right of control, which arose through the course of dealing. Defendant LOWE'S #1137 is liable under the *respondeat superior;* master/servant, principal/agent.

## VII.
## PLAINTIFF'S DAMAGES

As a direct result of the occurrence, Plaintiff suffered bodily injuries. As a further result of the occurrence, Plaintiff has incurred expenses for medical care, nursing services, attention, and other expenses. These expenses incurred were necessary for the care and treatment of the injuries sustained by Plaintiff and the charges made and to be made were the usual and customary charges for such services. Plaintiff will require further medical care, nursing services, and attention, and will necessarily incur reasonable expenses in the future for such medical needs.

Plaintiff has suffered extreme pain and suffering in the past and Plaintiff will continue to suffer pain and suffering in the future. Plaintiff has suffered mental anguish in the past and will continue to suffer mental anguish in the future. As a result of the occurrence, Plaintiff has suffered and will continue to suffer impairment to his body. Plaintiff has suffered disfigurement. Additionally, Plaintiff has suffered from a loss of wages and a loss of earning capacity. As a result of the occurrence, Plaintiff has suffered within the jurisdictional limits of this Court and requests monetary relief **no more than $74,500.00, exclusive of interest and costs, in this action, at any time.**

## VIII.
## RELIEF REQUESTED

Pursuant to Tex. R. Civ. P. 47(c), Plaintiff is required to plead the maximum amount of damages sought, however, some damages are unliquidated and cannot be easily calculated in

monetary terms. In addition, discovery has not yet begun and the extend of Plaintiff's future damages is still being determined. At the early stage of the proceedings, Plaintiff requests that the jury be fair and reasonable in its determination of damages in an amount of relief **no more than $74,500.00, exclusive of interest and costs, in this action, at any time.**

## IX.
## JURY DEMAND

Plaintiff respectfully requests a trial by jury of the issues of this case.

## X.

Plaintiff hereby notifies Defendant that Plaintiff intends to use Defendant's discovery answers and responses, including any evidence produced in responses to such discovery, as evidence in trial in accordance with such right and privileges established by Tex. R. Civ. P. 193.7.

## XI.
## REQUEST FOR INITIAL DISCLOSURES TO DEFENDANT
## DUTY TO DISCLOSE WITHIN 30 DAYS OF THE SERVICES.

**PLEASE BE ADVISED THAT UNDER TEXAS RULE 194, YOU MUST PRODUCE AND PROVIDE THE REQUIRED DISCLOSURES WITHIN 30 DAYS OF SERVICE:**

(a) **Time for Initial Disclosures.** A party must make the initial disclosures within 30 days after the filing of the first answer or general appearance unless a different time is set by the parties' agreement or court order. A party that is first served or otherwise joined after the filing of the first answer or general appearance must make the initial disclosures within 30 days after being served or joined.

(b) **Content.** Without awaiting a discovery request, Aa party may request disclosure of any or all of the following must provide to the other parties:

(1) the correct names of the parties to the lawsuit.
(2) the name, address, and telephone number of any potential parties;
(3) the legal theories and, in general, the factual bases of the responding party's claims or defenses (the responding party need not marshal all evidence that may be offered at trial);

*Hector Flores vs. Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Original Petition

Page 6 of 8

(4) the amount and any method of calculating economic damages;
(5) the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;
(6) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the responding party has in its possession, custody, or control, and may use to support its claims or defenses, unless the use would be solely for impeachment;
(7) any indemnity and insuring agreements described in Rule 192.3(f);
(8) any settlement agreements described in Rule 192.3(g);
(9) any witness statements described in Rule 192.3(h);
(10) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;
(11) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party; and
(12) the name, address, and telephone number of any person who may be designated as a responsible third party.

**194.3 Testifying Expert Disclosures.**

In addition to the disclosures required by Rule 194.2, a party must disclose to the other parties testifying expert information as provided by Rule 195.

**Disclosures. Without awaiting a discovery request, a party must provide the following for any testifying expert:**

(1) the expert's name, address, and telephone number;
(2) the subject matter on which the expert will testify;
(3) the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information.
(4) if the expert is retained by, employed by, or otherwise subject to the control of the responding party.

# XII.
# CONCLUSION AND PRAYER

**WHEREFORE PREMISES CONSIDERED,** Plaintiff prays that Defendant be cited to

appear and answer, and that on final trial, Plaintiff have judgment against Defendant for all relief

requested, for costs, pre-judgment, and post judgment interest and for such other relief, general



and special, at law or in equity, to which Plaintiff is entitled to relief of **no more than**

**$74,500.00, exclusive of interest and costs, in this action, at any time.**

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600- Voice
(915) 581-4605- Fax
daniela@labinotilaw.com

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**
Texas State Bar Number: 24050900

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____
Deputy

AUG 1 1 2022



*Hector Flores vs. Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137*
Plaintiff's Original Petition

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 64898107
Status as of 5/27/2022 8:26 AM MST

Associated Case Party: HECTOR FLORES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bianca Martinez | | biancam@labinotilaw.com | 5/26/2022 2:13:21 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 5/26/2022 2:13:21 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 5/26/2022 2:13:21 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 5/26/2022 2:13:21 PM | SENT |



El Paso County - 34th District Court

CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____  COURT *(FOR CLERK USE ONLY):* _____

Filed 5/26/2022 2:13 PM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV1588

STYLED: HECTOR FLORES VS. LOWE'S HOME CENTERS, L.L.C. A/K/A LOWE'S D/B/A LOWE'S HOME IMPROVEMENT #1137

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| Name:<br><br>**Daniela Labinoti**<br><br>Address:<br><br>**707 Myrtle Avenue**<br><br>City/State/Zip:<br><br>**El Paso, Texas 79901**<br><br>Signature:<br><br>*/s/ Daniela Labinoti* | Email:<br><br>**Daniela@labinotilaw.com**<br><br>Telephone:<br><br>**(915) 581-4600**<br><br>Fax:<br><br>**(915) 581-4605**<br><br>State Bar No.: **24050900** | Plaintiff(s)/Petitioner(s):<br><br>**Hector Flores**<br><br>Defendant(s)/Respondent(s):<br>[Attach additional page as necessary to list all parties]<br><br>**Lowe's Home Centers, L.L.C. a/k/a Lowe's d/b/a Lowe's Home Improvement #1137** | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____<br><br>Additional Parties in Child Support Case:<br><br>Custodial Parent:<br><br>Non-Custodial Parent:<br><br>Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1):***

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br>___<br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract:<br>___ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability:<br>___<br>☐ Motor Vehicle Accident<br>☒ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>List Product:<br>___<br>☐ Other Injury or Damage:<br>___ | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br>___<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus— Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☑ With Children<br>☐ No Children<br><br><br>**Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other:<br>___ | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment:<br>___ | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ | | |
| **Tax** | *Probate & Mental Health* | | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ | | |

**3. Indicate procedure or remedy, if applicable *(may select more than 1):***

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre- judgment interest, and attorney fees
☒ **Less than $100,000 and non-monetary relief.**
☐ Over $100,000 but not more than $250,000.
☐ Over $250,000 but not more than $1,000,000.
☐ Over $1,000,000

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk

BY _____ Deputy

AUG 1 1 2022

DISTRICT COURTS
EL PASO COUNTY, TEXAS

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 64898107
Status as of 5/27/2022 8:26 AM MST

Associated Case Party: HECTOR FLORES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bianca Martinez | | biancam@labinotilaw.com | 5/26/2022 2:13:21 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 5/26/2022 2:13:21 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 5/26/2022 2:13:21 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 5/26/2022 2:13:21 PM | SENT |

